UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT  CR14-164 ADM/LIB |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 1038(a)(1) |
| | ) | 18 U.S.C. § 876(c) |
| v. | ) | |
| | ) | |
| JOHNNIE EARL LONG, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(False Information and Hoaxes)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

did engage in conduct with intent to convey false and misleading information, in that he mailed one or more letters to authorities at the Pine County Courthouse, which indicated that each letter may contain a lethal pathogen to which the recipient may have been exposed, under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking and would take place, that would constitute a violation of Chapter 10 of Title 18, United States Code, Section 175, relating to biological weapons, all in violation of Title 18, United States Code, Section 1038(a).


SCANNED
MAY 21 2014
U.S. DISTRICT COURT MPLS

## COUNT 2
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim J.C., and containing a threat to injure J.C., in violation of Title 18, United States Code, Section 876.

## COUNT 3
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim K.M., and containing a threat to injure K.M., in violation of Title 18, United States Code, Section 876.

## COUNT 4
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim J.R., and containing a threat to injure J.R., in violation of Title 18, United States Code, Section 876.

## COUNT 5
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim D.K., and containing a threat to injure D.K., in violation of Title 18, United States Code, Section 876.

## COUNT 6
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim J.J., and containing a threat to injure J.J., in violation of Title 18, United States Code, Section 876.

## COUNT 7
(Mailing Threatening Communications)

On or about November 18, 2013, in the State and District of Minnesota, the defendant,

**JOHNNIE EARL LONG,**

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication addressed to victim R.C. and containing a threat to injure R.C., in violation of Title 18, United States Code, Section 876.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                   FOREPERSON