UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-164 (ADM/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| v. | ) | SUPPRESSION OF UNLAWFUL |
| | ) | SEARCH |
| Johnnie Earl Long, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through his undersigned attorney, moves the Court for an order suppressing all evidence seized as a result of an unlawful search of his property.

Mr. Long asserts that the searches carried out done in violation of his Fourth Amendment rights under the U.S. Constitution.   Law enforcement claimed they had a valid warrant to conduct the searches.   However, Mr. Long moves this Court to find that the search lacked probable cause.   Mr. Long did not consent to the searches.   Finally, the searches did not fall within any of the exceptions to the warrant requirement.

Due to the unlawful nature of the search, Mr. Long moves this Court to order the suppression of all evidence seized as a result of the unlawful search, to include any and all fruits of the unlawful search.

Dated: July 10, 2014

                                        Respectfully submitted,

                                            */s Caroline Durham*

                                        _____
                                        Caroline Durham
                                        Attorney for Defendant
                                        Attorney Reg. No. 24921X
                                        413 Wacouta Street, Suite 430
                                        St. Paul, MN   55101
                                        (612) 272-9111