

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*  Telephone: (612) 664-5600
*300 South Fourth Street*       Fax: (612) 664-5787
*Minneapolis, MN 55415*

July 22, 2014

The Honorable Leo I. Brisbois
United States Magistrate Judge
515 West First Street, Room 412
Duluth, MN 55802

    Re:    <u>United States v. Johnnie Earl Long</u>
            Criminal No. 14-164 (ADM/LIB)

Dear Magistrate Judge Brisbois:

     After conferring with counsel for the defendant, we would like to notify the Court that the government hereby withdraws its pretrial motions previously filed. The parties have reached a resolution in this matter, so the motions hearing scheduled for July 25, 2014, can be cancelled.

                                     Sincerely,

                                      ANDREW M. LUGER
                                      United States Attorney

                                       *s/ Andrew R. Winter*

                                      BY: ANDREW R. WINTER
                                      Assistant U.S. Attorney
                                      Attorney ID No. 0232531

ARW:rmh